FILED

09/13/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0338

IN THE MATTER OF

J.W., M.W., and L.W.,

Youths in Need of Care.

**ORDER**

Upon consideration of Appellant Father's Motion to Consolidate, and good cause appearing therefore, Appellant's motion is GRANTED and Cause Nos. DA 23-0338, DA 23-0341, and DA 23-0342 are hereby consolidated under Cause No. DA 23-0338 and captioned as above.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 13 2023